**Robert A. BRAUKS, Petitioner-Appellant,**

v.

**Elda BRAUKS, Defendant-Respondent.**

**No. 49349.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 5, 1985.

Motion for Rehearing and/or
Transfer Denied
Dec. 17, 1985.

Richard B. Dempsey, Union, for petitioner-appellant.

Edward A. Stierberger, Union, for defendant-respondent.

### ORDER

PER CURIAM.

Former husband appeals judgment dividing marital assets which were not revealed at the original hearing. Former wife was awarded $20,500 in addition to marital property she received by the original decree. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).